BEFORE THE SECOND DIVISION, MAY 5, 1943

**No. 48254.**—Protests 92685–K, etc., of New York Merchandise Co., Inc. (New York).

# 450

Opinion by LAWRENCE, J.   On the established facts the marcel irons in question were held dutiable as household utensils at 40 percent under paragraph 339, following Abstract 38680, and the brass base shells at 35 percent under paragraph 353, as parts of articles having as an essential feature an electrical element or device, such as signs, following *New York Merchandise Co.* v. *United States* (8 Cust. Ct. 209, C. D. 607).